# EXHIBIT 1

# EXHIBIT 1

Attention Business Owners - Join Who's Who now at no charge and get maximum exposure for your business! - From Stanford Who's Who

## Tom Hoefling
Chairman, America's Independent Party
Des Moines, Iowa Area | Political Organization

| | |
|---|---|
| Current | • **Chairman** at **America's Independent Party** |
| Connections | **6** connections |
| Public Profile | http://www.linkedin.com/pub/tom-hoefling/8/a97/122 |

Expanded profile views are available only to premium account holders. **Upgrade your account.**

## Contact Settings

**Interested In**
- consulting offers
- job inquiries
- business deals
- getting back in touch
- new ventures
- expertise requests
- reference requests

### Send a message to Tom Hoefling
**Send InMail**

# EXHIBIT 2

# EXHIBIT 2

Search

Home   Profile   Account



Suggest to Friends

Tom is the Founder and Chairman of America's Independent Party, founded in 2008 and already the third largest political party in the nation. He is also the Editor of AIPNews.com.

**Information**

Affiliation:
America's Independent Party

Birthday:
December 20, 1960

**Favorite Pages**

1 Page                See All



AIPNews.com

**Photos**

1 album               See All



Tom Hoefling photos
Created about 4 months ago

No one has added fan photos.

**Links**

3 of 5 links          See All

Category & forums listing - AIP News
9:21pm May 21

Subscribe - Tom Hoefling's Life and Liberty Report
9:03pm May 21

Tom Hoefling's Life and Liberty Report - Home
9:02pm May 21

Create a Page
Report Page

Share

---

**Tom Hoefling**   Like

Wall   Info   Photos   Discussions

Tom Hoefling + Others   Tom Hoefling   Just Others

 **Tom Hoefling** http://www.aipnews.com/index.asp

If you want to stay informed, you need to check out AIPNews.com!

**Category & forums listing - AIP News**
www.aipnews.com
- Philomena (0 replies)Meltup - InflationUS - Philomena (0 replies)Would you like to be on the Friends of Life and Liberty List? - EternalVigilance (1 replies)States Gearing Up to Follow Arizona's Lead ...

May 21 at 9:21pm · Share · Report

 **Tom Hoefling**

**Subscribe - Tom Hoefling's Life and Liberty Report**
www.lifeandlibertyreport.com

May 21 at 9:03pm · Share · Report

 **Tom Hoefling**

**Tom Hoefling's Life and Liberty Report - Home**
www.lifeandlibertyreport.com
AIP Chairman Tom Hoefling's Life and Liberty Report

May 21 at 9:02pm · Share · Report

 **Tom Hoefling**

**Tom Hoefling's Life and Liberty Report - The Life and Liberty Report**
www.lifeandlibertyreport.com
LORD, Your Mercies are new every morning, therefore we are spared the righteous judgment for our sin. Thank you. Without Your Mercy we would perish. And thank you that it doesn't end there: that we are also the beneficiaries of Your unbounded Grace. ...

May 21 at 9:01pm · Share · Report

**Tom Hoefling**

**About - Tom Hoefling's Life and Liberty Report**
www.lifeandlibertyreport.com
Tom Hoefling is the Chairman and Founder of America's Independent Party, a new national Reagan conservative party, founded in 2008, which now has Affiliates in all fifty States and has already become the third-largest party in America based on voter registrations. ...

May 21 at 9:00pm · Share · Report

**RECENT ACTIVITY**

Tom Hoefling edited their Affiliation, Birthday and Website.

Tom Hoefling discussed How do we get our country back? on the Tom Hoefling discussion board.

Tom Hoefling joined Facebook.

**Tom Hoefling has no more posts.**

---

Create an Ad

**Build Your Army!**



Build a civilization and attack your friends' empires in this 5 star game on facebook. Play City of Wonder Now!

Like

**Samsung 52 TV for $82.95?**



No joke. See for yourself how this unique website can get you a brand new 52 LCD TV for up to 95% off retail price.

Like

**Las Vegas Weekly**



Let's be friends with benefits! Expose yourself to Las Vegas Weekly and get exclusive access to promotions, contests and invites.

Excel Recruiting likes Las Vegas Weekly.

Like

More Ads

---

Facebook © 2010 · English (US)        About · Advertising · Developers · Careers · Privacy · Terms · Help

Chat (19)

# EXHIBIT 3

# EXHIBIT 3

# reviewjournal.com



PRINT THIS

Powered by Clickability

Charlotte zings Reid from beyond the grave
Posted by **John L. Smith**
Tuesday, Jul. 13, 2010 at 10:43 AM

Election 2010 has just heard from a member of the Silent Majority.

You know, from a deceased person.

Chances are good you never met Charlotte McCourt during her 84 years, but I'm willing to bet you'll be hearing about her in the coming days now that her obituary has taken Senate Majority Leader Harry Reid to task. It's the kind of small story that has the potential to ricochet like a bullet through the campaign showdown between incumbent Reid and Republican challenger Sharron Angle.

Not because McCourt, who died July 8 after a long illness, was a political player or business powerbroker, but precisely because she was neither of those things. She was a homemaker, proud mother and grand mother and wife of 67 years to Patrick McCourt.

And she was at one time a loyal supporter of Harry Reid.

Her obituary, printed in Tuesday's Review-Journal, reads in part, "We believe that Mom would say she was mortified to have taken a large role in the election of Harry Reid to U.S. Congress. Let the record show Charlotte was displeased with his work. Please, in lieu of flowers, vote for another more worthy candidate."

Ouch.

McCourt was born Dec. 25 in Wellington, Utah and was a 40-year Nevada resident. She was a member of the Church of Jesus Christ of Latter-day Saints.

Perhaps by coincidence, Reid's re-election hangs in no small part on his ability to encourage conservative and religious Democrats to support him. He is also a member of the LDS faith.

**Find this article at:**
http://www.lvrj.com/blogs/smith/Charlotte_zings_Reid_from_beyond_the_grave.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 4

# EXHIBIT 4

AIPNews.com | About AIP | Platform | **Personal Affiliation** | Donations not accepted

Search | Inbox | My Settings | Log-in

# We are America's Party!
"Securing the Blessings of Liberty"

**Welcome to AIPNews!**
You must affiliate to post

## Harry Reid lagging even with the Democrat dead people's vote

Nevada -> America's Party of Nevada

**Latest Posts From All Affiliates**

First Readings for July 21, 22, 23, 24,... 2010 - gcsteven (4 replies)

Send Obama a Birth Day Card - Free - gcsteven (1 replies)

### Charlotte zings Reid from beyond the grave

**Las Vegas Review-Journal**

July 13, 2010

by **John L. Smith**

Election 2010 has just heard from a member of the Silent Majority.

You know, from a deceased person.

Chances are good you never met Charlotte McCourt during her 84 years, but I'm willing to bet you'll be hearing about her in the coming days now that her obituary has taken Senate Majority Leader Harry Reid to task. It's the kind of small story that has the potential to ricochet like a bullet through the campaign showdown between incumbent Reid and Republican challenger Sharron Angle.

Not because McCourt, who died July 8 after a long illness, was a political player or business powerbroker, but precisely because she was neither of those things. She was a homemaker, proud mother and grand mother and wife of 67 years to Patrick McCourt.

And she was at one time a loyal supporter of Harry Reid.

Her obituary, printed in Tuesday's Review-Journal, reads in part, "We believe that Mom would say she was mortified to have taken a large role in the election of Harry Reid to U.S. Congress. Let the record show Charlotte was displeased with his work. Please, in lieu of flowers, vote for another more worthy candidate."

Ouch.

McCourt was born Dec. 25 in Wellington, Utah and was a 40-year Nevada resident. She was a member of the Church of Jesus Christ of Latter-day Saints.

Perhaps by coincidence, Reid's re-election hangs in no small part on his ability to encourage conservative and religious Democrats to support him. He is also a member of the LDS faith.

Posted 2010-07-14 2:48 PM (#40907) By: EternalVigilance

Search this forum
Printer friendly version
E-mail a link to this thread

Does the U.S. Constitution require "anchor babies"? - ALAN KEYES - Geronimo (8 replies)

Obama Watch at AIPNews.com 8/2/10 - helenm (0 replies)

Obama on Jobs: Fool Me Thrice - gcsteven (1 replies)

Never on a Sunday, except ... - gcsteven (1 replies)

Obama: Let Freedom Rot - groovsmyth (2 replies)

What ever happened to Polite? - by Peg Luksik - groovsmyth (4 replies)

James White has words for us the day after the Elections. - Philomena (2 replies)

CONSTITUTION RIDE ACROSS AMERICA 2010 - Springfield, IL, August 29 - Philomena (3 replies)

Mexican Drug Cartel Allegedly Puts a Price on Arizona Sheriff's Head - Philomena (1 replies)

Hey, Calderon! ©2010 Joyce Shaffer - nmaureen (0 replies)

Mexican Drug Cartel Allegedly Puts a Price on Arizona Sheriff's Head - EternalVigilance (0 replies)

Obama Watch at AIPNews.com 8/1/10 - helenm (0 replies)

Stem cell research and the unalienable right to life - SteveSchulin (4 replies)

Police and fire pensions get padded despite Illinois' pension deficit crisis - Philomena (1 replies)

Hamas leader killed in Israeli airstrikes on Gaza - EternalVigilance (0 replies)

BP's evaporating oil slick leaves America without a villain - EternalVigilance (0 replies)

FINANCIAL REFORM PASSES: 2300+ Pages, Hidden Details Emerging - EternalVigilance (0 replies)

California Rep. Waters may face fall ethics trial - electshaw2010 (0 replies)

[HERB MEYER] The Cure for Poverty - It's the Free Market: History's Greatest Invention - Philomena (2 replies)

Complaint Filed Against Kagan at Supreme Court [Declaration Alliance/Alan Keyes] - Philomena (4 replies)

Tom Shaw campaign news for July 31, 2010 - nmaureen (1 replies)

Unconstitutional attack on the state of Arizona - ALAN KEYES - Geronimo (2 replies)

Tea Party Caucus formed in Congress - 38 House members join [Update: Now there are 51!] - Geronimo (3 replies)

Cuccinelli's refusal to abandon the principle of law, even though it might have seemed justifiable - Geronimo (1 replies)

Political Democracy without Economic Democracy - gcsteven (1 replies)

Is there a plan to divide Jerusalem? - Philomena (8 replies)

My Country Tis Of Thee - Philomena (4 replies)

AirBlue ED202 -- mishap or ... murder?? - TomKovach-AIP-TN (1 replies)

World War II America (Battle Hymn of the Republic) - gcsteven (1 replies)

Pivotal Moment for Tea Party - ThanksSaintJoseph (2 replies)

Wash. Post Invokes Jesus and John the Baptist to Flog Israel - nmaureen (1 replies)

The Book of Job or the Book on Jobs? Either Way It's Painful - Philomena (0 replies)

Star of 'Bella' To Host First Latino Pro-Life Congress [Eduardo Verástegui] - Philomena (1 replies)

Maryland Conference Call: Every Saturday Morning at 9:05 a.m. ET - SteveSchulin (51 replies)

18 months before caucuses, 2012ers beat a path to Iowa [Republican Watch] - ThanksSaintJoseph (1 replies)

Dems Launch Anti-Tea Party Strategy - ThanksSaintJoseph (1 replies)

Handcuffing the States - EternalVigilance (0 replies)

UNDERSTANDING THE FULL IMPACT OF THE ELCA'S DECISION TO SANCTION PRACTICING HOMOSEXUAL CLERGY - EternalVigilance (0 replies)

Brunswick Boat Company halts 2 lines, lays off 135 in Ashland City, Tennessee - EternalVigilance (0 replies)

Democrats wants felons to vote, but not the military - EternalVigilance (0 replies)

Small city stunned by munificent salaries their officials have been receiving - Bell, California - Geronimo (20 replies)

Audio recording available - July 30, 2010 Iowa Summit call - SteveSchulin (0 replies)

Republican perfidy on amnesty: Assuring the ascendancy of AIP - EternalVigilance (0 replies)

LifeSiteNews.com - Friday July 30, 2010 - Philomena (0 replies)

My run in with the "Socialist Workers Party" - Dr. David Berman - Philomena (1 replies)

New Iowa Summit calls on Monday and Friday nights - 8:00 pm Central - EternalVigilance (3 replies)

Adios, Mexico City Policy? - ThanksSaintJoseph (0 replies)

Missouri "gay" candidate endorsements. This bunch MUST be defeated Aug. 3 - Philomena (0 replies)

Chicago activists vow to fight any Arizona-type immigration law - Rosanna Pulido Comments - Philomena (0 replies)

Left-wing Black Activist Acknowledges Race Attacks on Tea Party Are Bogus But 'Effective' - FreeByrd (3 replies)

Bank Failures in Brief: Then there were #108 ,.. - gcsteven (1 replies)

America: It's Time To Stand Up And Scream "We Want New Leadership" - EternalVigilance (0 replies)

Twitter news - Savvy (50 replies)

A.L.L. EXPECTS FIRST AMENDMENT VICTORY IN PRO-LIFE T-SHIRT CASE - EternalVigilance (0 replies)

Find a Birth Certificate: Ten Minutes. Lose a Nation: One Election Day - gcsteven (2 replies)

Judicial Gymnastics on Immigration Law - EternalVigilance (0 replies)

CCC (Continuous Chest Compression) More Effective Than CPR - Norma (1 replies)

The Patriot Post Digest for Friday, July 30., 2010 - EternalVigilance (0 replies)

Dear Mr. Hannity: Beware the Levobortomites - EternalVigilance (0 replies)

Tancredo officially enters Colo. gov's race - Savvy (2 replies)

The Political and Economic Moral Challenge - gcsteven (12 replies)

(IA) Socialists file for governor, 3rd congressional district, ag secretary - electshaw2010 (0 replies)

Angelo M. Codevilla — Our Era's Tom Paine? - Philomena (2 replies)

Obama on the 'View' - ThanksSaintJoseph (0 replies)

LifeSiteNews.com - Thursday July 29, 2010 - Philomena (0 replies)

Paid for and authorized by America's Independent Party National Committee

SELFGOVERNMENT.US | AIP CALENDAR | CONTACT@AIPNEWS.COM



America's Independent Party
E pluribus unum
Securing the Blessings of Liberty
www.AIPNEWS.com

# EXHIBIT 5

# EXHIBIT 5

## *-APPLICATION-*

## Title
**Title of Work:** Charlotte zings Reid from beyond the grave

## Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** July 13, 2010          **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

|  |  |
|---:|:---|
| **Name:** | Steven A. Gibson |
| **Date:** | September 2, 2010 |
| **Applicant's Tracking Number:** | 0002029 |

---

**Registration #:**

**Service Request #:**   1-481200348

**Application Date:**   09-02-2010 20:12:35

# Correspondent

     **Organization Name:**   Righthaven LLC

     **Name:**   Steven A. Gibson

     **Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States