**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Righthaven LLC, *etc.*,          )
                                 )
        Plaintiff,               )
                                 )
        vs.                      )       **2:10-cv-1539-RLH-RJJ**
                                 )
AMERICA'S INDEPENDENT PARTY OF   )
  IOWA, *etc.*, *et al.*,        )
                                 )
                                 )
        Defendants.              )
_____  )

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

        Plaintiff having failed to show good cause why AMERICA'S
INDEPENDENT PARY OF IOWA in this action should not be dismissed
without prejudice for failure to effect timely service pursuant to
FRCP 4(m),

        IT IS ORDERED that the action is hereby dismissed without
prejudice as to **America's Independent Party of Iowa, a non-profit Iowa**
**corporation.**

Dated:  April 14, 2011

                                        _____
                                        ROGER L. HUNT
                                        CHIEF UNITED STATES DISTRICT JUDGE