SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | Case No.: 2:10-cv-01539-RLH-RJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THOMAS HOEFLING, an individual, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 5(b) and in compliance with Judge Roger L. Hunt's Minute Order (Doc. 138), in the matter of *Righthaven v. Democratic Underground*, 2:10-cv-1356-RLH-GWF, I hereby certify that on this 5th day of August, 2011, I caused the following documents to be served:

1. The Strategic Alliance Agreement between Righthaven LLC and Stephens Media LLC;

2. The Order on the Motion for Voluntary Dismissal with Prejudice; Motion to Dismiss or Strike; and the Motion for Summary Judgment (Doc. 116); and

3. The Transcript of the Order to Show Cause Hearing, dated July 14, 2011.

The foregoing documents were served as follows:

    via United States mail to:

Thomas Hoefling
101 Third Street
Lohrville, IA 51453-7717

    via electronic mail to:

Thomas Hoefling
c/o Kelly Talcott, Esq.
kdtlaw@gmail.com

                     By: Steven G. Ganim
                     Steven G. Ganim
                     An employee of Righthaven LLC